ERIC WHITE et al., Appellants, v ERIC T. SCHNEIDERMAN, New York State Attorney General, in His Official Capacity, et al., Respondents.

Submitted December 19, 2016; decided February 16, 2017

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the dismissal of plaintiffs' motion for a preliminary injunction, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.

Judge WILSON taking no part.